Drew G. Johnson (OSB No. 114289)
drew@leimanlaw.com
Alan J. Leiman (OSB No. 980746)
alan@leimanlaw.com
LEIMAN & JOHNSON, LLC
44 W. Broadway, Suite 326
Eugene, OR  97401

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| **DEBORAH QUALLEY,** on behalf of herself and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>         v.<br><br>**ACOSTA, INC.,** a Delaware Corporation, and **ACOSTA SALES, LLC**, a Delaware Limited Liability Company,<br><br>Defendants. | CASE NO.:  6:18-cv-00723-AA<br><br>**UNOPPOSED MOTION TO APPROVE SETTLEMENT**<br><br><br>**EXPEDITED REVIEW REQUESTED** |

### CERTIFICATION OF CONFERRAL

Pursuant to L.R. 7-1(a), the parties have conferred and this Motion to Approve Settlement is unopposed by Defendants.

### MOTION

Plaintiff in the above-captioned matter, DEBORAH QUALLEY, having agreed to settle her claims against Defendants, ACOSTA, INC. and ACOSTA SALES, LLC, on an individual basis, and having entered into a Confidential Settlement Agreement and General Release of All Claims ("Settlement Agreement") with Defendants on November 29, 2018 memorializing the

terms of the settlement between the parties, respectfully moves the Court review the Settlement Agreement *in camera* and issue an order approving the Settlement Agreement as fair, reasonable, and adequate.

In accordance with LR 3-8, a copy of the Settlement Agreement between the parties will be submitted to the Clerk's Office for transmission to the Court for its review.

Plaintiff further requests the Court review this motion on an expedited basis.

DATED November 30, 2018.

                                                    Respectfully submitted,

                                                    __/s Drew G. Johnson_____
                                                    Drew G. Johnson
                                                    E-mail: drew@leimanlaw.com
                                                    Oregon State Bar No.:  114289
                                                    44 W. Broadway, Suite 326
                                                    Eugene, OR  97401
                                                    Telephone: (541) 345-2376
                                                    Facsimile:  (541) 345-2377
                                                    Of Attorneys for Plaintiff

2 – Motion to Approve Settlement