IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DEBORAH QUALLEY, on behalf of herself and on behalf of all others similarly situated,

    Plaintiff,

v.

ACOSTA, INC., a Delaware Corporation, and ACOSTA SALES, LLC, a Delaware Limited Liability Company,

    Defendants.

Civ. No. 6:18-cv-00723-AA

JUDGMENT

AIKEN, Judge:

    The parties' Confidential Settlement Agreement and General Release of All Claims is approved and the case is dismissed pursuant to its terms.

IT IS SO ORDERED.

    DATED this 19th day of December, 2018.

                                     /s/ Ann L. Aiken
                                     Ann L. Aiken
                                  United States District Judge

1 –JUDGMENT